AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Minaldi, Patricia H | 2. Court or Organization<br><br>District Court - Louisiana | 3. Date of Report<br><br>06/05/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>611 Broad Street<br>Lake Charles, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager | Minerex, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | La. State Employee Retirement System (pension upon retirement) |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2007 JUN 13 A 11: 02

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 06/05/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | U. S. Judges Admin. Office of the U. S. Courts | $ 157,154.22 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Louisiana Health Insurance Indemmnity Company |
| 2. 2006 | Southern National Life Insurance Company |
| 3. 2006 | Stockwell, Sievert, Viccellio, Clements & Shaddock, LLP |
| 4. 2006 | ████████LLC |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Louisiana Association of Defense Counsel | LADC Trial Academy July, 2006 - reimbursement of transportation, lodging and food |
| 2. Louisiana Association of Defense Counsel | LADC Annual Meeting April, 2006 - partial reimbursement for lodging |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 06/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Wells Watson | football tickets | $ 50.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 06/05/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Minerex, LLC | | None | J | W | | | | | |
| 2.  Northwest Mutual Ins. Co. (account) | A | Interest | J | T | | | | | |
| 3.  Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 4.  Hibernia National Bank (Accounts) | B | Interest | L | T | | | | | |
| 5.  Legg Mason Special Investment Trust | B | Dividend | J | T | | | | | |
| 6.  Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 7.  Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 8.  Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 9.  Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 10.  Other Property - St. Mary Parish (undivided interest) | | None | J | W | | | | | |
| 11.  Fidelity Aggressive Growth | A | Dividend | K | T | | | | | Fidelity IRA |
| 12.  Fidelity Growth Companies | A | Dividend | K | T | | | | | Fidelity IRA |
| 13.  Fidelity Value | A | Dividend | L | T | | | | | Fidelity IRA |
| 14.  Spartan Total Market Index | A | Dividend | K | T | | | | | Fidelity IRA |
| 15.  AIM Equity Funds Blue Chip Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 16.  Hartford Mutual Funds Capital Appreciation Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 17.  Hartford Mutual Funds Midcap Fund | A | Dividend | K | T | | | | | Raymond James |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 06/05/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | IRA |
| 18. Hartford Mutual Funds Global Health Fund | A | Dividend | J | T | | | | | Raymond James IRA |
| 19. First Trust Target VIP Portfolio | A | Dividend | J | T | Sale/Repurch | 12/30 | J | A | Rebalancing sale/purchase |
| 20. New York Whole Life | A | Dividend | J | T | | | | | |
| 21. Northwest Mutual Whole Life #1 | A | Dividend | J | T | | | | | |
| 22. Northwest Mutual Whole Life #2 | A | Dividend | J | T | | | | | |
| 23. La. State Employee Retirement System | | None | L | T | | | | | Please see note Part VIII |
| 24. Series EE Bonds | | None | J | T | | | | | |
| 25. Maxim Stock Index Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 26. American Century Ultra Fund | | None | J | T | | | | | La. Deferred Comp. Plan |
| 27. Maxim INVESCO Small Cap Growth Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 28. FERSTSP | | None | K | T | | | | | |
| 29. JP Morgan Chase Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Minaldi, Patricia H | 06/05/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. La. Deferred Compensation Plan rolled over to FERSTSP (From Part VII, record 23, 26, 27, 28 & 29). Plan included Maxim Stock Index Portfolio, American Centruy Ultra Fund and Maxim INVESCO Small Cap Growth Portfolio.

2. La. State Employee Retirement Plan is in litigation (From Part VII, record 24).

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H | 06/05/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████████████████████  Date  6/7/07

NOTE: ANY ████████████████████████████████ FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544